# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 8, 2025

## NO. 03-25-00131-CV

**Steven Vail, Appellant**

**v.**

**Ray McGuire, Appellee**

**APPEAL FROM COUNTY COURT AT LAW OF BASTROP COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES CRUMP AND ELLIS**
**DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE ELLIS**

This is an appeal from the judgment signed by the trial court on February 20, 2025. Having reviewed the record, the Court holds that Steven Vail has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.